UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT BROWN, #742378,

    Plaintiff,

v.

CASE NO. 2:17-CV-11632
HON. DENISE PAGE HOOD

SHIELDS, et al.,

    Defendants.
_____/

## OPINION AND ORDER OF DISMISSAL

The Court has before it Michigan prisoner Robert Brown's pro se civil rights complaint brought pursuant to 42 U.S.C. § 1983. In his complaint, Brown raises concerns about corrections officers identifying him as an informant, which he asserts is endangering him and his family. At the time he filed his complaint, Brown did not pay the required filing fee and administrative fee, nor did he submit a proper application to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(2). Consequently, the Court issued a deficiency order requiring Brown to either pay the filing fee and administrative fee or submit a properly completed application to proceed without prepayment of the filing fee within 30 days – by June 23, 2017. The order provided that if Brown did not do so, his case would be dismissed. Brown has failed to correct the deficiency within the allotted time for doing so.

Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** his civil rights complaint. This case is closed.

**IT IS SO ORDERED**.

S/Denise Page Hood
Denise Page Hood
Chief Judge, United States District Court

Dated: July 12, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 12, 2017, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager